THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES FLAHERTY, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

CITY OF BUFFALO, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

ALEXANDER B. ENOCH, Appellant, v. JOHN ROBERT BRANDON, ALEXANDER GORDON and DONALD L. WADDELL, Respondents.†— Judgment reversed on the law, with costs, conclusions of law disapproved and new conclusions made, and judgment directed for plaintiff, with costs, upon the authority of *Old Colony Trust Co.* v. *Stumpel* (247 N. Y. 538). All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ. [See 128 Misc. 695.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BATTAGLIA, Appellant.‡— Judgment of conviction and order affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Probate of the Last Will and Testament and Codicil Thereto of JENNIE E. PAUL, Deceased.— Decree reversed upon the facts upon the ground that the evidence requires that the will and codicil be admitted to probate, with costs against contestants, and matter remitted to the Surrogate's Court with directions to admit the will and codicil to probate. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.